```
                              United States Bankruptcy Court
                              Northern District of Alabama
In re:                                                                                  Case No. 19-80047-CRJ
Carlos Bryant                                                                           Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 1126-8          User: admin                  Page 1 of 2                  Date Rcvd: Jan 09, 2019
                              Form ID: 309I                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
db              Carlos Bryant,    6516 Buddy Garrett Rd.,    Tanner, AL  35671-3901
tr             +Michele T. Hatcher,    Chapter 13 Trustee,    P.O. Box 2388,    Decatur, AL 35602-2388
9971315        +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore MD 21264-5018
9971689        +Aaron's,    3104 Laurel Lake Cove,    Helena, AL 35022-7946
9971311        +Aarons Rent to Own,    8650 Madison Blvd,    Madison AL 35758-1803
9971314        +Ad Astra Recovery,    7330 West 33rd Street North,    Suite 118,    Wichita KS 67205-9370
9971690         Bestway,    2301 Cumberland Cr. SW,    Decatur, AL 35602
9971312        +Bestway Rent to Own,    2901 Bob Wallace Ave. SW,    Huntsville AL 35805-4107
9971317      ++++CMA CREDIT,    1 MILLENNIUM DR # 1,    UNIONTOWN PA 15401-6408
                (address filed with court: CMA Credit,    1 Millennium Dr.,    Uniontown PA 15401)
9971316        +Capstone Fin,    1815 6th Ave. Se,    Decatur AL 35601-6000
9971318        +Cnac/al109,    2001 Sparkman Dr Nw,    Huntsville AL 35810-3892
9971319        +Collectron Of Atlanta/Carter-Young,    Attention: Bankruptcy,    Po Box 92269,
                Atlanta GA 30314-0269
9971346        +Crestwood Medical Center,    PO Box 849007,    Dallas TX 75284-9007
9971321        +Decatur Fin,    1815-E 6th Avenue Se,    Decatur AL 35601-6000
9971325         Frost Arnett Company,    PO Box 198988,    Nashville TN 37219-8988
9971327        +Huntsvi Fin,    1004 Jordan Lane Suite 3,    Huntsville AL 35816-3025
9971348        +Island Medical,    5700 Darrow Rd Ste 106,    Hudson OH 44236-5026
9971328        +Limestone County DHR,    PO Box 830,    Athens AL 35612-0830
9971332        +MDS/Medical Data Systems,    2001 9th Avenue,    Suite 312,    Vero Beach FL 32960-6413
9971333         Medical Data Systems, Inc.,    2001 9th Ave. Ste 312,    Vero Beach FL 32960-6413
9971349        +Radiology Group PA,    1201 7th St SE,    Decatur AL 35601-3337
9971350        +Radiology of Huntsville,    2006 Franklin St. Suite 200,    Huntsville AL 35801-4537
9971337        +Sun Loan Company,    651 Us Highway 72 W,    Athens AL 35611-4211
9971339        +Valleyloan,    1819-2 6th Avenue Se,    Decatur AL 35601-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ccaldwell@bondnbotes.com Jan 10 2019 03:48:54     Kathryn V. Davis,
                Bond, Botes, Skystus, Tanner & Ezzell PC,    225 Pratt Ave.,    Huntsville, AL  35801
9971345        +EDI: CINGMIDLAND.COM Jan 10 2019 07:43:00      AT & T Mobility,    PO Box 6463,
                Carol Stream IL 60197-6463
9971344        +E-mail/Text: dhrcscbu@dhr.alabama.gov Jan 10 2019 03:49:33
                Alabama Department of Human Resources,    50 North Ripley Street,    Montgomery AL 36130-1001
9971320         E-mail/Text: defaultspecialty.us@bbva.com Jan 10 2019 03:50:54     Compass Bank,    PO Box 2210,
                Decatur AL 35699
9971323        +E-mail/Text: bknotice@ercbpo.com Jan 10 2019 03:51:18     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville FL 32256-7412
9971322        +E-mail/Text: bknotice@ercbpo.com Jan 10 2019 03:51:19     Enhanced Recovery,    PO Box 57547,
                Jacksonville FL 32241-7547
9971324        +E-mail/Text: bankruptcies@foxcollection.com Jan 10 2019 03:50:45     Fox Collection Center,
                Attn: Bankruptcy,    Po Box 528,    Goodlettsvile TN 37070-0528
9971347        +EDI: CBS7AVE Jan 10 2019 07:43:00      Ginnys Inc.,    1515 S 21st Street,
                Clinton IA 52732-6676
9971326        +EDI: CBS7AVE Jan 10 2019 07:43:00      Ginnys/Swiss Colony Inc,    Attn: Credit Department,
                Po Box 2825,    Monroe WI 53566-8025
9971329        +EDI: RESURGENT.COM Jan 10 2019 07:43:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                Po Box 10497,    Greenville SC 29603-0497
9971330        +EDI: VERIZONCOMB.COM Jan 10 2019 07:43:00      Mci,    500 Technology Dr,
                Weldon Spring MO 63304-2225
9971331        +EDI: VERIZONCOMB.COM Jan 10 2019 07:43:00      Mci,    Cas Dept,    500 Technology Dr,
                Weldon springs MO 63304-2225
9971334        +E-mail/Text: brprocessor@pfccollects.com Jan 10 2019 03:52:32     Professional Finance,
                PO Box 7059,    Loveland CO 80537-0059
9971335        +E-mail/Text: Bankruptcy@redfcu.org Jan 10 2019 03:50:29     Redstone Fcu,
                Attn: Bankruptcy Dept,    220 Wynn Drive,    Huntsville AL 35893-0001
9971336        +E-mail/Text: Bankruptcy@redfcu.org Jan 10 2019 03:50:29     Redstone Federal Credit Union,
                220 Wynn Drive,    Huntsville AL 35893-0001
9971313        +E-mail/Text: dhrcscbu@dhr.alabama.gov Jan 10 2019 03:49:33     Regina Mangrum,
                c/oAlabama Department of Human Resources,    50 North Ripley Street,    Montgomery AL 36130-1001
9971351        +E-mail/Text: bankruptcy@speedyinc.com Jan 10 2019 03:49:48     Speedy Cash,    3527 N Ridge Rd,
                Wichita KS 67205-1212
9971340         EDI: VERIZONCOMB.COM Jan 10 2019 07:43:00      Verizon Wireless,    500 Technology Drive #550,
                Saint Charles MO 63304-2225
9971341        +EDI: BLUESTEM Jan 10 2019 07:43:00      Web Bank Fresh Start,    6250 Ridgewood Rd.,
                Saint Cloud MN 56303-0820
9971343        +E-mail/Text: ebankruptcy@woodforest.com Jan 10 2019 03:51:51     Woodforest National Bank,
                2800 Spring Ave SW,    Decatur AL 35603-1218
                                                                                              TOTAL: 20
```

```
District/off: 1126-8           User: admin             Page 2 of 2            Date Rcvd: Jan 09, 2019
                               Form ID: 309I           Total Noticed: 44
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9971342*      +Web Bank Fresh Start,    6250 Ridgewood Rd,    Saint Cloud MN 56303-0820
9971338    ##++++USA CREDIT,    ATTN: TAMELA BARTON,    1 MILLENNIUM DR # 1,    UNIONTOWN PA 15401-6408
              (address filed with court:  Usa Credit,    Attn: Tamela Barton,    1 Millennium Dr,
                Uniontown PA 15401)
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Carlos Bryant** | | Social Security number or ITIN | xxx–xx–9012 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ | |
| UNITED STATES BANKRUPTCY COURT  NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION | | | Date case filed for chapter  13  1/9/19 | |
| Case number: 19–80047–CRJ13 | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case            12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carlos Bryant | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6516 Buddy Garrett Rd. Tanner, AL 35671–3901 | |
| 4. | **Debtor's attorney** Name and address | Kathryn V. Davis Bond, Botes, Skystus, Tanner & Ezzell PC 225 Pratt Ave. Huntsville, AL 35801 | Contact phone 256–539–9899 Email:  ccaldwell@bondnbotes.com |
| 5. | **Bankruptcy trustee** Name and address | Michele T. Hatcher Chapter 13 Trustee P.O. Box 2388 Decatur, AL 35602 | Contact phone 256–350–0442 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Well Street P. O. Box 2775 Decatur, AL 35602 | Hours open: 8:00 a.m. – 4:00 p.m. Monday–Friday Contact phone 256–584–7900 Date: 1/9/19 |

For more information, see page 2 >

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 11, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Federal Building, Cain St Entrance, Room 200, Decatur, AL 35601** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/20/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/8/19** |
| | ## Deadlines for filing proof of claim:<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic−proof−claim.<br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/4/19** at **1:30 PM** , Location: **Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |